JS - 6/ENTER



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KENNETH BECKER, | Case No. EDCV 12-1523-SVW (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| LINDA MCGREW, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the Petition is granted and Respondent is ordered to stop collecting restitution payments from Petitioner, and to place Petitioner on "IFRP Exempt" status.

Dated: March 14, 2013

Stephen V. Wilson
United States District Judge